**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF NEW JERSEY**
**CAMDEN VICINAGE**

| | |
|---|---|
| LLOYD NAPIER,<br><br>      Plaintiffs,<br><br>  v.<br><br>BROCK & COMPANY, INC.; KEITH LONG; DAVID GRANT; ABC CORPORATIONS 1-5 (fictitious names describing presently unidentified business entities); and JOHN DOES 1-5 (fictitious names describing presently unidentified individuals),<br><br>      Defendants. | Case No. 1:25-cv-01573<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION EXTENDING TIME TO ANSWER COMPLAINT**

  Plaintiff Lloyd Napier and Defendants Brock & Company, Inc., Keith Long, and David Grant (collectively, "Defendants") by and through their undersigned attorneys, hereby stipulate and agree that the time for Defendants to answer Plaintiff's Complaint is hereby extended for a period of time up to and including March 31, 2025.

  WHEREFORE, the parties respectfully request that the Court approve this stipulation.

| | |
|---|---|
| **McOMBER McOMBER**<br>**& LUBER, PC** | **KAUFMAN DOLOWICH LLP** |
| */s/ Anna F. Esposito* | */s/ Gregory Hyman* |
| Christian V. McComber, Esquire | Gregory S. Hyman, Esquire |
| Peter D. Valenzano, Esquire | 1650 Market Street, Suite 4800 |
| Anna F. Esposito, Esquire | Philadelphia, PA 19103 |
| Christian J. Fechter, Esquire | *Counsel for Defendants,* |
| 54 Shrewsbury Avenue | *Brock & Company, Inc., Keith Long, and* |
| Red Bank, NJ 07701 | *David Grant* |
| *Counsel for Plaintiff,* | |
| *Lloyd Napier* | |
| | |
| Dated: March 7, 2025 | Dated: March 7, 2025 |

**SO ORDERED:**

_____
                                                                                    J.