## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

| | |
|---|---|
| LLOYD NAPIER, | : |
| | :     Case No. 1:25-cv-01573 |
| Plaintiffs, | : |
| | : |
| v. | : |
| | :     **JURY TRIAL DEMANDED** |
| BROCK & COMPANY, INC.; KEITH | : |
| LONG; DAVID GRANT; ABC | : |
| CORPORATIONS 1-5 (fictitious names | : |
| describing presently unidentified business | : |
| entities); and JOHN DOES 1-5 (fictitious | : |
| names describing presently unidentified | : |
| individuals), | : |
| | : |
| Defendants. | : |

## STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

Plaintiff Lloyd Napier and Defendants Brock & Company, Inc., Keith Long, and David Grant (collectively, "Defendants") by and through their undersigned attorneys, hereby stipulate and agree that the time for Defendants to answer Plaintiff's Complaint is hereby extended for a period of time up to and including April 16, 2025.

WHEREFORE, the parties respectfully request that the Court approve this stipulation.

**McOMBER McOMBER**
**& LUBER, PC**

*/s/Anna F. Esposito*
Christian V. McComber, Esquire
Peter D. Valenzano, Esquire
Anna F. Esposito, Esquire
Christian J. Fechter, Esquire
*Counsel for Plaintiff,*
*Lloyd Napier*

Dated: April 9, 2025


**KAUFMAN DOLOWICH LLP**

*/s/ Gregory Hyman*
Gregory S. Hyman, Esquire
*Counsel for Defendants,*
Brock & Company, Inc., Keith Long,
and David Grant


Dated: April 9, 2025



**SO ORDERED:**

_____  4/9/2025
ANN MARIE DONIO, U.S.M.J.